STEPHEN M. HARBER, STATE BAR #119830
AMY A. EVENSTAD, STATE BAR #305828
SHERRY H. LAWRENCE, STATE BAR #151795
MCCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500 | Facsimile: (213) 689-2501
Email: sharber@mccuneharber.com; aevenstad@mccuneharber.com; slawrence@mccuneharber.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

J S - 6

UNITED STATES DISTRICT COURT

| | |
|---|---|
| Xiumei Zheng,<br><br>Plaintiff,<br><br>v.<br><br>Costco Wholesale Corporation, and DOES 1 TO 50 Inclusive,<br><br>Defendants. | Case No: 5:24-cv-02388-SSS-DTBx<br>Assigned to District Judge Sunshine Suzanne Sykes/Magistrate Judge David T. Bristow<br>(Complaint filed on September 4, 2024)<br>**ORDER OF STIPULATION OF DISMISSAL**<br>Trial Date: March 9, 2026 |

     Having considered the Parties' Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

    1.    With good cause, Plaintiff's Case No. 5:24-cv-02388-SSS-DTB is DISMISSED with prejudice.

DATED: November 6, 2025

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

-1-

30900166